### 25693. DeLOACH *v.* HICKS.

BROYLES, C. J. 1. A judgment of nonsuit is not a proper ground of a motion for new trial, and can not be reviewed by this court except on a direct bill of exceptions. *Smith* v. *Perryman,* 38 *Ga. App.* 496 (144 S. E. 341), and cit.; *Hartsfield* v. *Kitchens,* 51 *Ga. App.* 154 (179 S. E. 920).

2. In the instant case a nonsuit was awarded, and the bill of exceptions contains no assignment of error on that judgment; the only assignment of error being on the overruling of the motion for new trial. Since the award of a nonsuit can not be reviewed by a motion for new trial, the court did not err in overruling the motion.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 23, 1936.

*J. C. Bowden,* for plaintiff.
*Neely, Marshall & Greene,* for defendant.